IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------ X

In Re: A. Scott Bolden   :   Case No. 1:23-mc-00040-LKG

------------------------------ X

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Respondent, A. Scott Bolden.

I certify that I am admitted to practice in this Court.

Date:   January 24, 2023

/s/
Geoffrey W. Washington, Bar No. 25098
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, MD 21211
gwashington@rwllaw.com
Phone:  (410) 769-8080
Fax:  (410) 769-8811

*Attorneys for A. Scott Bolden, Respondent*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 24th day of January 2023, copies of the within Entry of Appearance were served on all parties of record via ECF.

/s/
Geoffrey W. Washington, Bar No. 25098

1