IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In Re: A. Scott Bolden           :           Case No. 1:23-mc-00040-LKG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Respondent, A. Scott Bolden.

I certify that I am admitted to practice in this Court.

Date:   January 25, 2023                         /s/
                                         Devon L. Harman, Bar No. 21936
                                         RIFKIN WEINER LIVINGSTON LLC
                                         2002 Clipper Park Road, Suite 108
                                         Baltimore, MD 21211
                                         dharman@rwllaw.com
                                         Phone: (410) 769-8080
                                         Fax: (410) 769-8811

                                         *Attorneys for A. Scott Bolden, Respondent*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 25th day of January 2023, copies of the within Entry of Appearance were served on all parties of record via ECF.

                                         /s/
                                         Devon L. Harman, Bar No. 21936