IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In Re: A. Scott Bolden          :          Case No. 1:23-mc-00040-LKG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## EXHIBIT LIST

Exhibit 1     Biography of A. Scott Bolden, Esq.

Exhibit 2     July 15, 2022 USA Motion for Adequate Disclosure and to Exclude
              (*United State v. Mosby*, Case No. 22-cr-00007, ECF 79)

Exhibit 3     September 7, 2022 Hearing Transcript
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 108)

Exhibit 4     September 13, 2022 USA Motion to Exclude Opinions
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 111-2)

Exhibit 5     September 14, 2022 Hearing Transcript
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 134)

Exhibit 6     September 15, 2022 Hearing Transcript
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 135)

Exhibit 7     September 15, 2022 USA Motion for an Order Pursuant to Local Rules 204 & 603
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 120)

Exhibit 8     ***SUBMITTED UNDER SEAL***
              [STRICKEN] September 29, 2022 Defendant Marilyn J. Mosby's Opposition to
              the Government's Motion for an Order Pursuant to Local Rules 204 and 603
              (*United States v. Mosby,* Case No. 22-cr-00007, ECF 123)

Exhibit 9     September 30, 2022 Show Cause Order
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 124)

Exhibit 10    October 3, 2022 Defendant Marilyn J. Mosby's Revised Opposition to the
              Government's Motion for an Order Pursuant to Local Rules 204 and 603
              (*United States v. Mosby*, Case No. 22-cr-00007, ECF 125)

1

| | |
|---|---|
| Exhibit 11 | October 7, 2022 Response to the Court's Order to Show Cause (*United States v. Mosby*, Case No. 22-cr-00007, ECF 126) |
| Exhibit 12 | November 2, 2022 – January 12, 2022 Email chain between Millie Graves, A. Scott Bolden, Esq., Anthony Todd, Esq., Gary Proctor, Esq., Kelley Miller, Esq., Lucius Outlaw, Esq., Rizwan A. Qureshi, Esq. and Daniel Z. Herbst, Esq. |
| Exhibit 13 | January 17, 2023 Hearing Transcript (*United States v. Mosby*, Case No. 22-cr-00007, ECF 186) |
| Exhibit 14 | January 17, 2023 Memorandum Opinion and Order on the Government's Motion for an Order Pursuant to Local Rules 204 and 603 and Defendant's Motion to Transfer Venue (*United States v. Mosby*, Case No. 22-cr-00007, ECF 171) |
| Exhibit 15 | March 30, 2022 Telephone Conference Transcript (*United States v. Mosby*, Case No. 22-cr-00007, ECF 77) |
| Exhibit 16 | March 30, 2022 Order Prohibiting the Use of Electronic Devices (*United States v. Mosby*, Case No. 22-cr-00007, ECF 36) |
| Exhibit 17 | Government's Supplemental Brief Regarding Defendant's Motion to Show Cause (*United States v. Concord Construction Management, LLC*, Case No. 18-cr-32-2, ECF 130) |
| Exhibit 18 | February 9, 2009 Letter from Judge Bennett to Counsel of Record (*United States v. Byers*, Case No. 08-cr-00056, ECF 183). |
| Exhibit 19 | February 17, 2009 Letter from Judge Richard D. Bennett to Counsel of Record (*United States v. Byers*, Case No. 08-cr-00056, ECF 189) |
| Exhibit 20 | February 20, 2009 Letter from Gerald C. Ruter to Judge Richard D. Bennett (*United States v. Byers*, Case No. 08-cr-00056, ECF 194) |
| Exhibit 21 | February 22, 2009 Letter from Gerald C. Ruter to Judge Richard D. Bennett (*United States v. Byers*, Case No. 08-cr-00056, ECF 195) |
| Exhibit 22 | March 2, 2009 Letter from Mary E. Davis to Judge Richard D. Bennett (*United States v. Byers*, Case No. 08-cr-00056, ECF 204) |
| Exhibit 23 | March 2, 2009 Letter from Gerald C. Ruter to Judge Richard D. Bennett (*United States v. Byers*, Case No. 08-cr-00056, ECF 206) |
| Exhibit 24 | Declaration of the Hon. Gerald Bruce Lee District Judge for the United States District Court for the Northern District of Virginia (retired) |

Exhibit 25    Declaration of Hon. Kurt L. Schmoke
              President, University of Baltimore; Former Mayor of Baltimore City

Exhibit 26    Declaration of Benjamin F. Wilson, Esq.
              Former Chair, Beveridge & Diamond PC

Exhibit 27    Declaration of Artis Hampshire-Cowan, Esq.
              Founder and Principal of Leveraged Leadership, LLC; Senior Fellow of the Association of Governing Boards of Universities and Colleges

Exhibit 28    Declaration of Ronald Sullivan, Jr., Esq.
              Jesse Climenko Clinical Professor of Law, Harvard Law School; Faculty Director of the Harvard Criminal Justice Institute and Harvard Trial Advocacy Workshop