**EXHIBIT "12"**

**Devon Harman**
_____

| | |
|---|---|
| **From:** | Qureshi, Rizwan A. <RQureshi@reedsmith.com> |
| **Sent:** | Thursday, January 12, 2023 1:42 PM |
| **To:** | Millie Graves |
| **Cc:** | Bolden, A. Scott; Todd, Anthony R.; Gary Proctor; Miller, Kelley C.; Lucius Outlaw; Qureshi, Rizwan A.; Herbst, Daniel Z. |
| **Subject:** | FW: 1:22-cr-00007-LKG USA v. Mosby. |
| **Attachments:** | Principal Parties - All Defense Counsel.docx |

Dear Ms. Graves,

On behalf of Ms. Marilyn Mosby, we write in regards to the Court's email of November 2, 2022, requesting that all defense counsel listed on the attached list be present at the hearing scheduled for January 17, 2023. As reflected in Mr. Bolden's response below, we have had an opportunity to confer with all counsel listed on the attached list. In anticipation of the January 17th hearing and the Court's request that all defense counsel appear, we write to raise a few scheduling issues and a request for clarification.

First, as noted before, our colleague Anthony Todd resides in Chicago, Illinois. Given that Mr. Todd's attendance at the hearing would require the purchase of airfare and hotel lodging, we would respectfully request that the Court permit Mr. Todd to appear via videoconference. Please let us know if that is an option for Mr. Todd.

Second, Mr. Lucius Outlaw is an Associate Professor at Howard University School of Law and unfortunately due to his spring 2023 schedule, he is unable to appear for the hearing due to on-campus and clinic supervision obligations. With the Court's permission, Mr. Outlaw would like to be excused from appearing at the January 17th hearing.

Third, our colleague Daniel Herbst has had no substantive involvement in this matter. Since he is admitted in the District of Maryland, he initially filed an appearance as a sponsor for other counsel of record. It should also be noted that Mr. Herbst has withdrawn from the case. For these reasons, we would respectfully request that Mr. Herbst be excused from appearing at the January 17th hearing.

Finally, since the November 2nd request from the Court was made *ex parte*, we write to clarify whether all defense counsel are required to appear only in connection with the public hearing on January 17th or for some other purpose. Also, so that we are adequately prepared, we would greatly appreciate any guidance or background on what matters the Court would like defense counsel to be prepared to discuss at the January 17th hearing.

To the extent that the Court would like to discuss the above issues via teleconference, we will make ourselves available.

Thank you in advance for your consideration.

Best,
Rizzy Qureshi

**Rizwan (Rizzy) Qureshi, Esq.**
rqureshi@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1000 - East Tower

Washington, D.C. 20005-3373
Phone: 202-414-9218
Mobile: 202-893-6160
Fax: 202-414-9299

---

**From:** Millie Graves <Mildred_Graves@mdd.uscourts.gov>
**Sent:** Wednesday, November 2, 2022 5:14 PM
**To:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Nicole Rubin <Nicole_Rubin@mdd.uscourts.gov>; Qureshi, Rizwan A. <RQureshi@reedsmith.com>
**Subject:** Re: 1:22-cr-00007-LKG USA v. Mosby.

EXTERNAL E-MAIL - From Mildred_Graves@mdd.uscourts.gov

Counsel,

In addition, this will best allow all counsel to have an opportunity to be heard.  The court is sensitive to the fact that this may require travel for some attorneys.  Any specific concerns regarding appearing in person should be presented to the Court via me for consideration.

Thank you.

Millie Graves

On Nov 2, 2022 5:10 PM, Millie Graves <Mildred_Graves@mdd.uscourts.gov> wrote:

Counsel,

If there is an unique situation, the Court will reconsider.  But for now, all must appear in person.

Thank you.

Millie  Graves

On Nov 2, 2022 4:39 PM, "Bolden, A. Scott" <ABolden@ReedSmith.com> wrote:

**CAUTION - EXTERNAL:**

Thank you for your email Ms. Graves.

Before I inquire of co-counsel, I wanted to advise that when the Court initially inquired about the defense's availability on December 15th, I confirmed that Ms. Mosby and lead defense counsel were available.  I am lead defense counsel for this matter and will also be joined by my partner Mr. Qureshi.  I will have to confirm

the availability of Mr. Proctor, Mr. Outlaw and Ms. Miller, but as the Court is aware, Mr. Todd is located in Chicago and Mr. Herbst has not appeared as he initially served as "local counsel" for this matter to effectuate our *pro hac* admission.

Before I reach out to my co-counsel, I wanted to make the Court aware of the above and to see, if other defense counsel are available, is appearing via videoconference is an option for the December 15th hearing.

Thank you in advance for your consideration.

asb

*A. Scott Bolden*

**Partner**

**Washington, D.C. Office**

*Pronouns: He/Him/His*

**Full Bio**

ReedSmith LLP

1301 K Street, N.W., Suite 1000 – East Tower, Washington, DC 20005

Direct +1 202 414 9266 | Mobile +1 202 236 4166 | Fax +1 202 414 9299

abolden@reedsmith.com



ABU DHABI • ATHENS • BEIJING • CENTURY CITY • CHICAGO • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON • KAZAKHSTAN • LONDON • LOS ANGELES • MIAMI • MUNICH • NEW YORK • PARIS • PHILADELPHIA • PITTSBURGH • PRINCETON • RICHMOND • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • TYSONS • WASHINGTON, D.C. • WILMINGTON

**From:** Millie Graves <Mildred_Graves@mdd.uscourts.gov>
**Sent:** Wednesday, November 2, 2022 3:09 PM
**To:** Bolden, A. Scott <ABolden@ReedSmith.com>
**Cc:** Nicole Rubin <Nicole_Rubin@mdd.uscourts.gov>
**Subject:** 1:22-cr-00007-LKG USA v. Mosby

EXTERNAL E-MAIL - From Mildred_Graves@mdd.uscourts.gov

Counsel,

The Court would like all defense counsel reflected on the attached list to be present at the December 15 hearing at 2 pm.

Thank you.

Millie Graves

Chambers of Lydia K. Griggsby

U.S. District Court for the District of Maryland

101 W. Lombard Street, Suite 5C

Baltimore, MD  21201

(410) 962-7700 (chambers line)

(410) 962-7894 (direct line)

mildred_graves@mdd.uscourts.gov

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**USA v. Mosby Defense Counsel**

**Gary Edward Proctor, Pro Bono Counsel**
Law Offices of Gary E Proctor LLC
Eight E Mulberry St
Baltimore, MD 21202
410-444-1500
Email: garyeproctor@gmail.com

**Lucius Outlaw, Pro Bono Counsel**
Outlaw PLLC
1351 Juniper Street NW
Washington, DC 20012
202-997-3452
Email: loutlaw3@outlawpllc.com

**Scott Bolden**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
Email: abolden@reedsmith.com
*PRO HAC VICE*

**Rizwan A. Qureshi**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
202-414-9200
Email: rqureshi@reedsmith.com
*PRO HAC VICE*

**Kelley C. Miller**
Reed Smith LLP
1301 K St NW, Suite 1100 East Tower
Washington, DC 20005
215-851-8855
Email: kmiller@reedsmith.com
*PRO HAC VICE*

**Anthony R. Todd**
Reed Smith LLP
10 S. Wacker Drive, 40th Fl.
Chicago, IL  60606
312-207-1000
Email: atodd@reedsmith.com
*PRO HAC VICE*

**Daniel Zev Herbst**
Reed Smith LLP
1301 K St NW Ste 1100 East Tower
Washington, DC 20005
202-414-9200
Email: dherbst@reedsmith.com