**The Law Offices Of**
# GERALD C. RUTER
Professional Corporation

8601 LaSalle Road, Suite 101
Towson, Maryland 21286
(410)821-9500
Fax: (410)821-6203
E-Mail: gruter.law@comcast.net

**EXHIBIT "23"**

March 2, 2009

Honorable Richard D. Bennett
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

> Re: **United States of America v. Patrick Byers, et al.**
> **Case No. RDB-08-056**

Dear Judge Bennett:

I write this letter on behalf of Mr. Steven Thompson concerning the Juror Questionnaires.

This letter will address those questionnaires from "Batch Two" that we believe should be stricken for cause. I would advise the Court that on behalf of Mr. Thompson, Mr. Waldman and I divided this category of questionnaires and the Court will be receiving directly from Mr. Waldman a number of additional Jurors that we find, in our view, should be stricken for cause.

From that group I have examined, we find that the following Jurors should be stricken for cause:

| Juror Number | Cause |
| --- | --- |
| 025 | p. 26 could not differentiate Defendants or counts, possible bias, p. 32, and concern over work, p. 34 |
| 028 | p. 31 states that this Juror would always impose the death penalty, see p. 33, Q. 16. |
| 040 | p. 18, 19 bias against defense attorneys, p. 16 was a DEA officer, p. 29 "they should all fry," p. 31 "beyond a reasonable doubt speaks for itself" |

Page Two
Honorable Richard D. Bennett
March 2, 2009

| | |
|---|---|
| 042 | p. 23 bias as to race "I won't like it," p. 26 could not differentiate Defendants |
| 053 | hardship-babysits for granddaughter so parents can work (not sure if Juror can differentiate Defendants) |
| 064 | hardship-self employed and the sole wage earner in household |
| 081 | hardship-day care provider loss of income great impact on Juror as well as parents of children cared for |
| 088 | this Dep. Of Parole and Probation employee states any person convicted of two murders must receive the death penalty P. 31 |
| 102 | p. 26 can not differentiate charges against Defendants and p. 31 two murders must receive death penalty |
| 103 | p. 31 two murders must receive death penalty, p. 30 will have a difficult time voting against death penalty, "murder again in prison" |
| 136 | p. 26 will have difficulty in differentiating Defendants and counts, p. 31 two murders requires death penalty |
| 150 | retired U.S. Customs official says defense counsel "less than honorable citizens," p. 31 two murders requires death penalty |

Page Three
Honorable Richard D. Bennett
March 2, 2009

| | |
|---|---|
| 164 | hardship-this Juror is traveling out of state for two conferences during trial |
| 182 | hardship-has a continuing education course out of state during trial and has already paid for the fare and will not be paid after two weeks absence from work |
| 222 | hardship-this unemployed banker is actively seeking employment |
| 223 | hardship-this Juror from Port Deposit attached a hardship letter to the questionnaire (we did not see) presumably setting forth difficulty, a family member has recently been murdered and the trial in that case is ongoing |
| 237 | hardship-teacher cannot forego teaching during time when statewide testing is taking place |
| 249 | hardship-single income home would experience extreme financial hardship |
| 260 | hardship-teacher from Hagerstown cannot forego teaching during time when statewide testing is taking place |
| 273 | hardship-sole provider of support (spouse is unemployed) and should be stricken for cause as Juror notes "almost all people charged are guilty" at p. 1, Juror is not certain if she could |

Page Four
Honorable Richard D. Bennett
March 2, 2009

|  |  |
|---|---|
|  | differentiate Defendants or counts, p. 26 |
| 282 | hardship-extensive business travel out of state and family vacation during first week in April |
| 286 | p. 31 Juror states two murders must result in the death penalty and p. 30 would have a difficult time voting against death penalty |
| 287 | hardship-this Juror complains of frequent and unpredictable migraine headaches |
| 302 | hardship-a senior at Salisbury University would not be available |
| 341 | hardship-a physical therapist whose business would greatly suffer as well as the welfare of his patients and employees |
| 344 | hardship-a research technician who can not be replaced and whose work would be compromised |

Once again, this list comprises those potential Jurors Thompson requests be stricken for cause from the Jury pool. The Court may receive additional requests from Mr. Waldman from the Batch 2 list.

We understand the Court had given us until Thursday, February 26, 2009 to examine and report to the Court on this second group of potential Jurors. I apologize to the Court and counsel for the lateness of this submission and trust it will not cause any undue hardship.

Page Five
Honorable Richard D. Bennett
March 2, 2009

The Court's consideration is appreciated.

Sincerely,

Gerald C. Ruter

GCR:dar
cc: by electronic filing to all counsel of record