IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                        :
In re A. SCOTT BOLDEN                                   :
                                                        :    Case No.: 1:23-mc-00040-LKG
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DECLARATION OF GERALD BRUCE LEE

I, Gerald Bruce Lee, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, make this Declaration based on my personal knowledge, and am competent to testify regarding the matters set forth herein.

2. I am submitting this Affidavit in support of A. Scott Bolden for consideration by the Court in a pending Rule to Show Cause criminal contempt proceeding.

3. I served as a Circuit court judge on the 19th Judicial Circuit of Virginia (Fairfax) for six years and as a United States District Judge for nearly 20 years in the United States District Court for the Eastern District of Virginia. I retired from the bench in 2017. Prior to serving on the bench, I spent my legal career in private practice. I was an elected member of the Virginia State Bar Council, Chairman of the General Practice of Law Section, President of the Northern Virginia Black Attorneys Association, and Chairman of the Judicial Selection Committee of the Alexandria Bar Association. In addition, I served as Vice President of the Federal Judges Association, Chairman of the Virginia Judicial Conference Judicial Education Committee, and am a Past President of the George Mason American Inn of Court.

4. I am offering this personal reference for A. Scott Bolden ("Scott"). I have known Scott for ten years, and he is a zealous advocate with integrity and a reputation for excellence. Scott is an accomplished lawyer with high ethics and a reputation for excellence in law practice. Today, because I know and admire Scott, I am, without reservation, acting as a personal reference.

5. Scott is a renowned white-collar criminal defense lawyer, litigator, and former managing partner of the Washington, D.C. office of Reed Smith, LLP, an international law firm. His reputation for integrity, professionalism, and ethical conduct are well-known. I know of Scott's reputation from my interactions with him and through my conversations with fellow state and federal judges. Scott is an outstanding lawyer with a high degree of respect for the court and its directives. I do not believe that Scott would ever knowingly disregard any order from a court.

6. I know Scott primarily from his exceptional work as a lawyer leading the National Bar Association Commercial Law Section. We first met in 2010 to discuss advancing minorities in the profession.

7. Scott and his law firm Reed Smith hosted a program with the D.C. area Just the Beginning Summer Judicial Internship Diversity Project with law students and lawyers, highlighting legal ethics and zealous advocacy issues.

8. Through my professional associations and activities with lawyers and judges in D.C., I have observed that Scott is highly regarded for his integrity, ethics, and zealous advocacy. Scott has received many honors and awards from the profession and community. For example, in 2021, Scott was awarded the highest honor of the Washington Bar Association, the Ollie Mae Cooper Award, and the 2013 Howard University School of Law Distinguished Alumni Award. He was named Attorney of the Year by the Boy Scouts of America. He also serves on the Board

of Trustees of Morehouse College and the Board of Visitors of the Howard University School of Law, his alma maters.

9. I recall being in a National Bar Association meeting in 2016 with Scott, a dozen in-house counsels, and a dozen or so state and federal judges, where Scott led an intimate discussion about empowering more minorities to advance in the profession. His insight, experience, and ideas held our attention and led to action.

10. At my last in-person National Bar Association meeting in New Orleans, Louisiana, in 2018, I was present when Scott was presented with the President's Award for Service. Before the award was presented, a short film of Scott's life was shown. I learned from the film Scott is a second-generation lawyer whose father was a trial lawyer and revered judge. Scott had never shared this with me. I see Scott always standing on his own.

11. I am aware of Scott's conduct which has brought him before the Court in this proceeding. I know that Scott is quite remorseful and embarrassed for his conduct outside of the courthouse. The Scott whom I know from my experience with him has always exhibited exemplary professionalism and I believe that his conduct outside of the courthouse can only be characterized as an isolated incident borne out of a moment of frustration following a very contentious hearing. He genuinely regrets his behavior and the effect which this episode has had on his career and reputation.

I declare under penalty of perjury that the foregoing is true and correct.

February 7, 2023  
Date

_/s/ Gerald Bruce Lee_  
Gerald Bruce Lee