IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---------- --------------------- X
                                  :
In re A. SCOTT BOLDEN             :
                                  :   Case No.: 1:23-mc-00040-LKG
                                  :
---------- --------------------- X

### DECLARATION OF KURT L. SCHMOKE

I, Kurt L. Schmoke, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, make this Declaration based on my personal knowledge, and am competent to testify regarding the matters set forth herein.

2. Since July 2014, I have served as President of the University of Baltimore. I served as the mayor of Baltimore from 1987-1999 and was the Baltimore City State's Attorney from 1982-1987. Prior to joining the University of Baltimore, I was Dean of the Howard University School of Law in Washington, D.C., from 2003-2012 and then was appointed general counsel for Howard University and also served as the University's interim provost.

3. After my three terms as mayor, I went into private practice as a partner in the firm of Wilmer, Cutler and Pickering. I have been actively involved in the National Bar Association and the American Bar Association ("ABA"), including serving a term as Chair of the ABA's Council on Racial and Ethnic Justice. Continuing my history of public service, I have provided countless hours of pro bono legal services to charitable organizations such as the Children's Health Forum, a nonprofit group established to combat lead poisoning among children.

4. I am also a member of several boards, including the Board of the Hippodrome Foundation, the Board of Trustees of the Baltimore City Community College, the Baltimore

Community Foundation Board, The Howard Hughes Medical Institute, the Carnegie Corporation of New York and the Enoch Pratt Library Board of Trustees.

5.  I earned my undergraduate degree from Yale University (B.A., History, 1971), pursued graduate studies on a Rhodes Scholarship at Oxford University, and received my Juris Doctor degree from Harvard Law School in 1976.

6.  I have known A. Scott Bolden for almost 20 years, dating back to my time as Dean of Howard University School of Law, of which Scott is a distinguished alumnus and was a prominent adjunct professor. Scott and I also both have been active members of the National Bar Association, in whose activities around promoting justice reform Scott has been actively involved.

7.  In my experience with Scott, I have always known him to be an honorable attorney and passionate advocate for the cause of justice. Scott is renowned within the legal community for his legal acumen, integrity, and generosity. In my experience with Scott, I have not witnessed anything other than these values for which he is known.

8.  I was shocked when I heard of the events leading to Scott being called before this Court, as they were so out of character for Scott as I have known him through the years. The Scott whom I have known, consistently displays the highest respect for our courts and the Bench, comporting himself accordingly. I have not known him to ever to have done anything to call his professionalism or character into question.

9.  I believe that Scott has sincere remorse for his conduct. I do not believe this conduct would ever be repeated. Scott has continuously sought to bring honor to the legal profession and the legacy of his father, a prominent attorney and judge, whose distinguished career Scott reveres.

I declare under penalty of perjury that the foregoing is true and correct.

_Feb. 9, 2023_  
Date

_Kurt L. Schmoke_  
Kurt L. Schmoke