IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------- X
                                             :

In re A. SCOTT BOLDEN

                                             :       Case No.: 1:23-mc-00040-LKG

------------------------------- X

## DECLARATION OF ARTIS HAMPSHIRE-COWAN

I, Artis Hampshire-Cowan, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of 18, make this Declaration based on my personal knowledge, and am competent to testify regarding the matters set forth herein.

2. I have known A. Scott Bolden for over thirty years. I know him to be an exemplary attorney and am fortunate to call him a good friend. I gladly submit this Declaration on his behalf. I can attest to his character and can say that he is an authentically good person and exceptional attorney. I hold Scott in the highest regard.

3. I am the founder and principal of Leveraged Leadership Group, LLC and a senior fellow of the Association of Governing Boards of Universities and Colleges (AGB). During my 25-year tenure at Howard University, I served as the Senior Vice President and Corporate Secretary, Chief Operating Officer, and Acting President. Prior to being promoted to Senior Vice President, I served as Corporate Secretary and Vice President for Human Resource Management.

4. Before joining Howard, I spent 12 years in the Government of the District of Columbia as a congressional lobbyist, a consumer and regulatory administrator, a compliance

1

officer, an attorney-advisor to the Deputy Mayor for Economic Development, and a senior advisor and Counsel to the City Administrator. I began my legal career as a prosecutor in the Philadelphia District Attorney's Office and subsequently relocated to Washington, D.C. to join the first administration of Mayor Marion S. Barry, Jr. I also served as general counsel of RFK Stadium where I led the District's negotiations with the Washington NFL Team and subsequently joined Howard University while concurrently serving as Special Counsel to then County Executive Wayne Curry in his successful bid to relocate the team to Prince George's County, Maryland.

5. In my career, I have actively served the Washington Metropolitan community through regular service on the boards of several organizations, including The Community Foundation for Prince George's County, the District of Columbia Chamber of Commerce, the Girl Scout Council of the Nation's Capital Women's Advisory Board, Leadership Greater Washington, the Prince George's County Public Schools Management Oversight Panel, the Washington Metropolitan Area Transit Authority (WMATA), the Washington Suburban Sanitary Commission (WSSC), the Southeast Tennis and Learning Center, and Venture Philanthropy Partners (VPP). I have also served as a county executive appointee to superintendent selection committees, including as the chair of the education transition for County Executive Curry. More recently, I co-chaired County Executive Rushern Baker's transition and co-chaired County Executive Angela Alsobrook's Organizational Development and Talent Management Transition Committee. I am a founding board member of Bright Beginnings, a daycare center for homeless children, and a founder of the Howard University-based Girls, Inc. DC.

6. I am a member of the International Women's Forum; The Links, Incorporated; and Delta Sigma Theta Sorority, Incorporated, where I serve as the national legal advisor and from whom I received the Mary Church Terrell Award in 2017.

7. I am a graduate of Morris Brown College (*Cum Laude*) and Temple University Law Center.

8. I have gotten to know Scott through various professional associations which we share, including the D.C. Chamber of Commerce, the National Bar Association, and the Washington Bar Association, and have come to know him personally. I know Scott to be a serious-minded, ethical, and passionate attorney who makes an emotional investment in tirelessly working for the defense of his clients. He is very charitable, philanthropic, and has consistently worked to promote the development of younger African-American attorneys. You can always expect Scott to help with any good cause.

9. While Scott may be known professionally as an aggressive, zealous advocate, I personally know Scott to be a considerate, honest, kind, and gentle person with a big heart who cares deeply about his family. Scott's family is of tremendous importance to him. Scott's father, a renowned trial attorney and judge, is a model for Scott in his own career and he has always sought to honor his memory by emulating the best of his characteristics.

10. I have always known Scott to be an upstanding and respected member of the Bar who has unceasingly adhered to the highest ethical standards expected of an attorney.

11. I was surprised to learn that Scott had been called before this Court to answer a Show Cause Order for contempt. The Scott which I have known for over three decades has never been involved in any ethically or professionally questionable conduct, let alone conduct which could possibly be categorized as contemptuous or disrespectful towards any Court. Further, the public use of inappropriate language or other potentially offensive conduct is very out of character for the Scott whom I am proud to call a friend and collaborator.

12. I know that Scott has sincere regret and remorse for the current circumstance. He has been chastened and humbled by this episode. I know with full certainty that Scott would never risk finding himself in this circumstance again by repeating the conduct which led this Court to call him before it.

13. Scott has had an amazing career. He is an inspiration to untold numbers of young African-American attorneys and revered within the legal profession. Scott is passionate, aggressive, and highly ethical. He is a zealous and indefatigable advocate for the cause of justice, emblematic of all the ideals which the profession celebrates among its greatest members. Scott is an attorney who has had an exceptional record as an advocate and counsel.

I declare under penalty of perjury that the foregoing is true and correct.

February 9, 2023                    *Artis Hampshire-Cowan, Esq.*
Date                                Artis Hampshire-Cowan, Esq.