

| | | | | |
|---|---|---|---|---|
| Alan M Rifkin | Arnold M Weiner | Scott A Livingston (MD, DC) | Michael V Johansen | Joel D Rozner (MD, DC) |
| M Celeste Bruce (MD, DC) | Charles S Fax (MD, DC, NY)† | Jamie Eisenberg Katz (MD, DC, NY) | Barry L Gogel | Liesel J Schopler (MD, DC) |
| Stuart A Cherry | Brad I Rifkin | Camille G Fesche (MD, DC, NY, NJ) | Michael D Berman (MD, DC)† | Madelaine Kramer Katz (MD, DC, VA) |
| Michael T Marr (MD, DC, VA, NC) | William A Castelli | Geoffrey W Washington | Devon L Harman | Brian Chorney (MD, DC, FL) |
| Edgar P Silver (1923-2014) | Michael A Miller† | Laurence Levitan†† | Lance W Billingsley†† | |
| †Of Counsel | | | | John C Reith (Nonlawyer/Consultant) |
| ††Retired Emeritus | | | | Matthew Bohle (Nonlawyer/Consultant) |
| | | | | Obie L Chinemere (Nonlawyer/Consultant) |

February 13, 2023

**VIA ECF**

Hon. Lydia Kay Griggsby
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:    *In Re: A. Scott Bolden,* Case No. 1:23-mc-00040-LKG

Dear Judge Griggsby:

    I am writing to inform the Court that we will be filing a courtesy paper copy of the Answer and Exhibits this afternoon. While Local Rule 105 does not strictly apply to the Answer, we are submitting the paper copy to comply with what we believe to be the spirit of that Local Rule.

    Also, we have found three typos in the Answer that we should bring to the Court's attention: (1) on page 5, line 3, the beginning quote should be before the fourth word and not before the third word; (2) on page 8, line 18, the word "International" should be deleted; and (3) on page 45, in the first line of text, the second word, "months," should be "weeks."

                         Respectfully submitted,

                           _____/s/_____
                           Arnold M. Weiner, Bar No. 01605

AMW:emk

225 Duke of Gloucester Street, Annapolis, Maryland 21401    2002 Clipper Park Road, Suite 108, Baltimore, Maryland 21211    4800 Hampden Lane, Suite 820, Bethesda, Maryland 20814
410 269 5066 | 410 269 1235 fax                              410 769 8080 | 410 769 8811 fax                                 301 951 0150 | 301 951 0172 fax

www.rwllaw.com